STATE OF INDIANA OF THE RELATION OF MORRISON *v.* JUVENILE COURT OF LAKE COUNTY ET AL., ETC.

[No. 30,956. Filed October 2, 1967.]

*Mario B. Tomsich* and *Gerald N. Svetanoff,* both of Gary, for the Relator.

*George Krstovich,* of Gary, for the Respondents.

PER CURIAM.—The relator has filed in this Court, a petition requesting this Court to mandate the Juvenile Court of Lake County to grant relator's motion for a change of venue from the county.

The remedy requested is an unusual one that should be sparingly meted out. Strict compliance with the Rules of this Court is imperative when a petitioner seeks this extraordinary relief in a unilateral hearing.

The relator has failed to file copies of the pleadings, orders, and entries *sufficient* to fairly present the questions raised, and has not conformed to Supreme Court Rule No. 2-35 (1964). (emphasis ours) *State ex rel. Dean* v. *Tipton Circuit Court* (1962), 242 Ind. 642, 181 N. E. 2d 230.

This Court did not grant a temporary writ and the prayer for an alternative writ of mandate is hereby denied.

NOTE.—Reported in 229 N. E. 2d 823.